IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>v.<br><br>ORANGE GROVE APARTMENTS, L.P., a Kansas Limited Partnership; ROEAN, INC.; W.R. REEVES, JR.; JEAN A. REEVES; JOHN G. WURTH; JETZ SERVICE CO., INC.; AFFORDABLE HOUSING INVESTMENTS, INC.; AFFORDABLE HOUSING MANAGEMENT, INC.; NATHAN MANVILLE; ZONIE L. RUGGERO; FREDERICK D. LARGE; CAROL M. RILEY; JASON T. PERRYMAN; JONATHAN A. FIELD; UNKNOWN OCCUPANTS OF ORANGE GROVE APARTMENTS, L.P., a Kansas Limited Partnership; and UNKNOWN DEFENDANTS, including: the Unknown Heirs, Executors, Administrators, Devisees, Trustees, Legatees, Creditors, and Assignees of Martha Dianne Manville, deceased, and the Unknown Spouses of Martha Dianne Manville, deceased, the Unknown Spouses of other Defendants; Unknown Stockholders, Officers, Successors, Trustees, Creditors and Assignees of Defendants as are existing, dissolved or dormant corporations; Unknown Executors, Administrators, Devisees, Trustees, Creditors, Successors and Assignees of Defendants as are or were partners or in partnership; and Unknown Guardians, Conservators and Trustees of Defendants as are minors or are in any way under legal disability; and Unknown Heirs, Executors, Administrators, Devisees, Legatees, Trustees, Creditors and Assignees of any Person alleged to be deceased and made Defendants; The Unknown General Partners of Orange Grove Apartments, L.P., a Kansas limited partnership; the Known and Unknown limited partners of Orange Grove | Civil No. 21-4043-JAR-KGG |

| | |
|---|---|
| Apartments, L.P., a Kansas limited partnership; | |
| Defendants. | |

## ORDER ALLOWING SERVICE BY PUBLICATION ON THE UNKNOWN DEFENDANTS

Plaintiff United States of America moves for an order authorizing service by publication on the Unknown Defendants, pursuant to Federal Rule of Civil Procedure 4(e), 28 U.S.C. § 1655, K.S.A. §§ 60-307(a)(5).  Doc. 23.

THE COURT THEREFORE ORDERS that Plaintiff's for Service by Publication on the Unknown Defendants (Doc. 23) is GRANTED for the reasons set forth therein.

FOR GOOD CAUSE SHOWN IT IS ORDERED, ADJUDGED AND DECREED that the Unknown Defendants shall appear or plead in this action filed in this Court at Topeka, Kansas, on or before **December 15, 2021**, a date not less than forty-one (41) days after the date the notice is first published, and in default thereof, the Court will find that the Complaint and all other pleadings are true, and judgment, the nature of which shall be stated, will be rendered accordingly.

IT IS FURTHER ORDERED that notice of this Order shall be published not less than once each week for six (6) consecutive weeks in a newspaper having general circulation in Bourbon County, Kansas.

Dated this 15th day of October, 2021.

/s Kenneth G. Gale
KENNETH G. GALE
UNITED STATES MAGISTRATE JUDGE