IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

                                   Plaintiff,

              v.                                                    Civil No. 21-4043-JAR-KGG

ORANGE GROVE APARTMENTS, L.P., a
Kansas Limited Partnership; ROEAN, INC.;
W.R. REEVES, JR.; JEAN A. REEVES;
JOHN G. WURTH; JETZ SERVICE CO.,
INC.; AFFORDABLE HOUSING
INVESTMENTS, INC.; AFFORDABLE
HOUSING MANAGEMENT, INC.;
NATHAN MANVILLE; ZONIE L.
RUGGERO; FREDERICK D. LARGE;
CAROL M. RILEY; JASON T.
PERRYMAN; JONATHAN A. FIELD;
UNKNOWN OCCUPANTS OF ORANGE
GROVE APARTMENTS, L.P., a Kansas
Limited Partnership; and UNKNOWN
DEFENDANTS, including: the Unknown
Heirs, Executors, Administrators, Devisees,
Trustees, Legatees, Creditors, and Assignees
of Martha Dianne Manville, deceased, and
the Unknown Spouses of Martha Dianne
Manville, deceased, the Unknown Spouses of
other Defendants; Unknown Stockholders,
Officers, Successors, Trustees, Creditors and
Assignees of Defendants as are existing,
dissolved or dormant corporations; Unknown
Executors, Administrators, Devisees,
Trustees, Creditors, Successors and
Assignees of Defendants as are or were
partners or in partnership; and Unknown
Guardians, Conservators and Trustees of
Defendants as are minors or are in any way
under legal disability; and Unknown Heirs,
Executors, Administrators, Devisees,
Legatees, Trustees, Creditors and Assignees
of any Person alleged to be deceased and
made Defendants; The Unknown General
Partners of Orange Grove Apartments, L.P.,
a Kansas limited partnership; the Known and
Unknown limited partners of Orange Grove

Apartments, L.P., a Kansas limited
partnership;

                                        Defendants.

## ORDER ALLOWING SERVICE BY PUBLICATION ON
## THE UNKNOWN DEFENDANTS

Plaintiff United States of America moves for a second order authorizing service by publication on the Unknown Defendants, pursuant to Federal Rule of Civil Procedure 4(e), 28 U.S.C. § 1655, K.S.A. §§ 60-307(a)(5).  Doc. 29.

THE COURT THEREFORE ORDERS that Plaintiff's Second Motion for Service by Publication on the Unknown Defendants (Doc. 29) is GRANTED for the reasons set forth therein.

FOR GOOD CAUSE SHOWN IT IS ORDERED, ADJUDGED AND DECREED that the Unknown Defendants shall appear or plead in this action filed in this Court at Topeka, Kansas, on or before **February 11, 2022**, a date not less than forty-one (41) days after the date the notice is first published, and in default thereof, the Court will find that the Complaint and all other pleadings are true, and judgment, the nature of which shall be stated, will be rendered accordingly.

IT IS FURTHER ORDERED that notice of this Order shall be published not less than once each week for six (6) consecutive weeks in a newspaper having general circulation in Bourbon County, Kansas.

Dated this 15th day of December, 2021.

/S KENNETH G. GALE
KENNETH G. GALE
UNITED STATES MAGISTRATE JUDGE